Eastern District of Kentucky
FILED
OCT 22 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 5:26-cr-122-SCM

**SHELDON RICE**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 111(a)(1)**
**18 U.S.C. § 111(b)**

On or about October 20, 2026, in Fayette County, in the Eastern District of Kentucky,

**SHELDON RICE**

forcibly assaulted, resisted, opposed, impeded, intimidated and interfered with T.R., a Special Agent with the United States Postal Service Office of Inspector General, while T.R. was engaged in the performance of his official duties, and thereby inflicted bodily injury upon T.R., all in violation of 18 U.S.C. § 111(a)(1) and 18 U.S.C. § 111(b).

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**PAUL McCAFFREY**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

**COUNT 1:** Not more than 20 years imprisonment, a $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.